IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIRECTV, INC. | ) | |
|     Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 04-966 GMS |
| CHRIS TODD | ) ) ) | |
|     Defendant. | ) | |

## ORDER

WHEREAS, on August 23, 2004, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on January 26, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on February 11, 2005, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: April 6, 2005        /s/ Gregory M. Sleet
                            UNITED STATES DISTRICT JUDGE