*Answer to Order of 4/6/05*

**Other Orders/Judgments**
1:04-cv-00966-GMS Directv Inc. v. Todd

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from mmm, entered on 4/6/2005 at 2:03 PM CDT and filed on 4/6/2005
**Case Name:** Directv Inc. v. Todd
**Case Number:** 1:04-cv-966
**Filer:**
**Document Number:** 7

**Docket Text:**
ORDER TO ANSWER re Chris Todd. Notice of Compliance deadline set for 4/13/2005. Signed by Judge Gregory M. Sleet on 4/6/05. (c/m to Chris Todd).(mmm)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=4/6/2005] [FileNumber=22682-0] [
de9b805edc6ff5a01eb6c1e0284815806d61d850b0d712b321199842ad1b6adee552c7
43764c041937d00a2ca70c444149358ea12e59a9dba5e816df9f99cf07]]

FILED APR 1 2 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

1:04-cv-966 Notice will be electronically mailed to:

Timothy E. Lengkeek    tlengkeek@ycst.com,

1:04-cv-966 Notice will be delivered by other means to:

In response to the complaint, Directv and I (Chris Todd) had agreed on a settlement out of court. Mr. Timothy E. Lengkeek should be sending the court a notice that the case have been settled. I have spoken to Mr. Lengkeek and he said he will send a notice.

Sincerely, Chris Todd
4/11/05

FILED
APR 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Chris Frech
1 Walden Place
New Castle, De 19720

Att: Gregory M. Sleet
Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, De 19801-3570

WILMINGTON DE 198
PM 11 APR 2005

U.S.M.C. X-RAY