IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIRECTV, Inc., a California Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-966 (GMS) |
| ) | |
| CHRIS TODD, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER FOR ABATEMENT

The parties hereto stipulate that the action filed herein against CHRIS TODD by the Plaintiff has been settled under certain contingencies that, under the terms of the Settlement Agreement, are to be completed by no later than March 1, 2006. The parties stipulate that the action against Mr. Todd should be abated until March 1, 2006 with the Court retaining jurisdiction, at which time either the parties will file a Stipulation for Dismissal or a Consent to Judgment and an Affidavit of Breach of Settlement Agreement. The parties further stipulate that the subjoined order may be entered without further notice or presentation.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____   _____
Melanie K. Sharp (No. 2501)         Chris Todd, Pro Se
Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681/6605
msharp@ycst.com
tlengkeek@ycst.com
*Attorneys for Plaintiff DirecTV, Inc.*
Dated: April 15, 2005

## ORDER

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that the action currently pending in the above-styled matter by and between Plaintiff and Defendant Todd shall be and hereby is abated as stipulated above upon further order of the Court.

DATED this _____ day of _____, 200__


                                                                _____
                                                                Gregory M. Sleet
                                                                United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2005 I electronically filed a true and correct copy of Stipulation and Order for Abatement with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading. I further certify that on April 15, 2005, I served Stipulation and Order for Abatement of the following non-registered participants in the manner indicated below:

FIRST CLASS MAIL:

Mr. Chris Todd
1 Walden Place
New Castle, DE 19720

Melanie K. Sharp (No. 2501)
Timothy E. Lengkeek (No. 4116)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681/6605
msharp@ycst.com
tlengkeek@ycst.com

*Attorneys for Plaintiff DirecTV, Inc.*